FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 JAN 12 PM 3: 36

CLERK'S OFFICE
AT BALTIMORE

BY ____KR____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (GREENBELT)

| | |
|---|---|
| HENRY J. CLARKS,<br>Plaintiff, | CASE NO. PX 17CV0106 |
| vs. | |
| TRANSUNION, LLC;<br>Defendant. | |

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the District Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland, on the following grounds:

1. Plaintiff Henry J. Clarks served Trans Union on or about December 16, 2016, with a Summons and Complaint filed in the District Court for Prince George's County, Maryland. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See generally Complaint.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.       Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the District Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland.

5.       Notice of this removal will promptly be filed with the District Court for Prince George's County, Maryland and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the District Court for Prince George's County, Maryland to this United States District Court, District of Maryland.

Respectfully submitted,

*/s/ H. Mark Stichel*
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of January, 2017**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **12th day of January, 2017**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Henry J. Clarks<br>7 Mattawoman Way<br>Accokeek, MD  20607 | |
|---|---|

/s/ H. Mark Stichel
H. Mark Stichel, Esq.  (MD Federal Bar #02939)
Gohn Hankey Stichel & Berlage, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
Telephone:  (410) 752-9300
Fax:  (410) 752-2519
E-Mail:  hmstichel@ghsllp.com

*Counsel for Defendant Trans Union, LLC*