**DISTRICT COURT OF MARYLAND FOR** A M E N D E D

LOCATED AT (COURT ADDRESS)
14735 Main Street Bourne Wing
Upper Marlboro, MD 20772

CASE NO.

CV 05020022115 2016

**PARTIES**

Plaintiff
Henry J. Clarks
7 Mattawoman Wqay
Accokeek, Maryland 20607

**VS.**

Defendant(s):
1. TransUnion, LLc
SERVE ON
PRENTICE HALL SYSTEM INC
2595 INTERSTATE DRIVE STE 103
HARRISBURG, PA 17110 (RA)

Serve by:
☒ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

2. Serve by:
☒ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

3. Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

4. Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

**ATTORNEYS**

For Plaintiff - Name, Address, Telephone Number & Code

---

**COMPLAINT/APPLICATION AND AFFIDAVIT**
**IN SUPPORT OF JUDGMENT**
☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☒ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim
The particulars of this case are:
Negligent, willful failure to reinvestigate the below disputed entries in
violation of sections 611(a),616, and 617 of the FCRA, 15 U.S.C. §§
and provide viable evidence of debt bearing my signature as proof
• Discover- Acct. no REDACTED REDACTED REDACTED Balance: $17826
• Chase Slate- Acct. no. REDACTED REDACTED REDACTED, Balance: $8828
• Chase Freedom- REDACTED REDACTED REDACTED Balance: $11923
• Chase-Freedom- Acct. no. REDACTED REDACTED REDACTED, Balance: $12248
• Citi- Acct. no. REDACTED REDACTED REDACTED, Balance: $26979
• Bank of America- Acct. no. REDACTED REDACTED REDACTED, Balance: $24491
• Bank of America- Acct. no. REDACTED REDACTED REDACTED, balance: $24468
Plaintiff seeks damages for 1.) Defamation, 2 ) Negligent Enablement
of Identity Fraud, 3.) Violation of the Fair Credit Reporting Act
(See Continuation Sheet)

The Plaintiff claims $ 5000 , plus interest of $ 0 ,
Interest at the ☐ legal rate ☐ contractual rate calculated at
%, from to ( days x $
per day) and attorney's fees of $ plus court costs.
☐ Return of the property and damages of $ .
for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of
$ for its detention in action of detinue.
☐ Other:
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Printed Name: Henry J. Clarks
Address: 7 Mattawoman Way
Telephone Number: 301-873-4893
Fax: 301-873-4893
E-mail: hclarks@aol.com

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are:

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☒ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

11/30/2016
Date                    Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)
Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐                    ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ Henry J. Clarks of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

11/30/2016
Date                    Signature of Affiant

DC-CV-001 (front) (Rev. 01/2016)

IF UNDELIVERABLE RETURN TO
DISTRICT COURT OF MARYLAND #5-2
14735 MAIN ST RM 173B
UPPER MARLBORO MD 20772-3051



**CERTIFIED MAIL**

7112 2557 3090 1411 0171



U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 20772   $ 011.41⁵
02 1W
0001386151 DEC 14 2016

## "RESTRICTED DELIVERY"

TRANSUNION, LLC
SERVE ON PRENTICE HALL SYSTEM INC
2595 INTERSTATE DRIVE, #103
HARRISBURG, PA 17110

17110#9378 R013

TEAR FROM BOTTOM UP ↑

↑ Certified Mail Done Fast, Inc.

FORM CML-5.2 ↑

TEAR FROM BOTTOM UP ↑

↑ PATENT NO. 5, 901 803



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 20772   $ 011.41⁵
02 1M
0001386151 DEC 14 2016