**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND (GREENBELT)**

HENRY J. CLARKS,
Plaintiff,

CASE NO. 8:17-cv-00106-PX

vs.

TRANSUNION, LLC;
Defendant.

**ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

Plaintiff Henry J. Clarks, pro se, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal Without Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Henry J. Clarks against Defendant Trans Union, LLC are dismissed, without prejudice. Plaintiff Henry J. Clarks and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 7.17.2017

JUDGE, United States District Court,
District of Maryland

DISTRIBUTION TO:

| | |
|---|---|
| Robert J. Schuckit, Esq.<br>rschuckit@schuckitlaw.com | H. Mark Stichel, Esq.<br>hmstichel@ghsllp.com |
| Henry J. Clarks<br>7 Mattawoman Way<br>Accokeek, MD 20607 | |